**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Edward Buggage                ) | |
|                               ) | |
| **Plaintiff(s)**        ) | |
|                               ) | **Case: 4:14-cv-01480-UNA** |
| **v.**             ) | |
|                               ) | |
| **Michels Corporation, et al.** ) | |
|                               ) | |
| **Defendant(s).**   ) | |

## ORDER

       The above styled and numbered case was filed on August 26, 2014 and assigned to the Eastern Division.

       After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

       **IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and randomly assigned to the Honorable  Shirley P. Mensah United States Magistrate Judge, under cause number 2:14-cv-00084 -SPM . **IT IS FURTHER ORDERED** that cause number 4:14-cv-01480-UNA be administratively closed.

Dated this 27th Day of August, 2014.          GREGORY J. LINHARES
                                        CLERK OF COURT

                                By: /s/ Katie Spurgeon _____
                                    Deputy in Charge

**Please note the new case number:** 2:14-cv-00084-SPM.